IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRANDON DEQUINN MILLER**  **PLAINTIFF**
**ADC # 251699**

v.  CASE NO. 4:23-cv-00319-BSM-JTK

**FAULKNER COUNTY DETENTION**
**CENTER**  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 30th day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE